1#

* ASSISTANCE of THE TEXAS RANGERS *

SA22CA0559 JKP

Pg#8" Article. 2.022.

Requesting the Texas Rangers Division of The Department of Public Safety To provid Assistance To A local law Enforcement Agency investigating an offense or offenses that: is Alleged To have been Committed by an officer or by an Elected official of the Bexar County Jail or of the political subdivision served by the local law enforcement Agency.

FILED
MAY 17 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

General Duties of officers.....
when Complaint is made an filed with The Attorney General,
Duties of Attorney General
It is the primary Duty of all prosecutors To see That Justice is Done **

Texas Criminal. Code. Rules. & procedures; Statutes

Duties of All peace officers *
under The Color of law
State, Federal & Local,

* Special Investigators * Investigating Cop's *
Here At the Bexar County Jail.....

I Affirm * John Perez 842827

* Right side *

officer. Z. Reeves #4499.

Sunday may 1st 2022
At 3:30 p

officer misconduct. Criminal code and procedure. 3.04. And Racial profiling. 3.05. Article.

I John Perez 842827 (Affirm) an swear under oath that i have witnessed this officer Abuse his Authority under color of law. state, Local & Federal Abuse mental ill inmates. Threaten to kill them and threatened the inmates if they report the Abuse to his Rank. he would have his Boys Rape them an even stabb them. he has made me his Trustee an he tries to use me to scare inmates and threaten them.. this officer is Dangerous and he feels that he is Above the law. he has told me that he can get away with murder i have witnessed him assault pre trial Detainees an mental ill inmates for no reason other than to show his power an Abuse his Authority under color of law he should be Arrested I have tried to report the crimes he has committed to his Rank. sgt's cpl's even Lt's tried haven my mother & wife call C.I.D. and Public Integrity unit. And I.A. And no one wants to investigate their own police officers. cuz they know whats going on. there is no professionalism. or leadership or Fairness

To the pre-trial Detainees here At (BCADC)

these sert officers have Threatened me said to me That they would have me stabbid; Raped an assaulted Robb'd if i Report the Abuse,, Threats,, Assaults sert officer,, Roles#2044 and sert officer Herrar#454; sert officer# badge#618,,(officers 4456 Vasquez) Aldana 3#) Court officer Threatened me on Camera) sert officer# Wilkson#4487) officer Vasquez#1947 I have witnessed Class A felony's from these officials,, officers that have witnessed plata 4552# Sgt. Wigel#3140 Chief Janssen Captain Reyes#17a they need To be investigated by I. A. And public Integrity unit,,

I've been in C.C. unit #20 since march 31-2022 an i live in fear as well as the rest of the inmates that are bein mistreated,, an assaulted,, and abused by officers,, I'm forced To go in the cells To Clean shit All Day; All hrs of the night,, I'm being forced To clean the Day room when on of the mental ill inmates flood their cells,, its my punishment,, Cruel; unusual punishment some one from the texas Jail standards needs To send some one in here To investigate A under Cover officer official from the Attorney General office,, cell #11,, 12# 13# 14# 15# 16# 17# 18# 19# A Clear case Cruel an unusual punishment,, under state; Federal law,, (ADA) Act Dis Ability Ac

C.C. unit #2
Right side.

officer. B. Reyna #4018 solidy — monday 2nd - 2022 At 9:48 am

and A CADet.? Gabbard.

At 11:40 Am classification cain cpl came in To the unit An the 2 inmates that was on their Day Room tried To Report A Crime To him An he Refused An Denied them Due process An equal protection under color of law 2.03 Neglect of his Duty To Report An investigate official misconduct, when A Complaint is being made. 2.05 its the law. And the officers have sworn under oath To serve An protect everybody * need To call someone A Higher Ranking official, I. A. here at the (BCADC) Bexar County Jail. Integrity unit, its call The Public Integrity unit * An C.I.D. 200 N. Comal 78207 office 210-335-6010 ms. C. Anderson. ask for Captin Reyes #1700 or Chief Janssen. you want the officer. C. 4328 investigated. in B.D. unit. prea was notified of inmate stephen martinez # 763827. And Jose was assaulted in B.D. unit the officer Allowed the assault. John Chapman in BD. #36.. And mike G. Coleman" was placed in C.C. # 36. And the officers knew that Coleman was one of the guys that assaulted me; Robbed me An tried To Rape me in B.J. unit on the 6th floor. in cell #1 on the Day of 8-30-2021 At 3 am. the officer Rosales popped my cell Door open so That i could be assaulted by the inmates.. even Told C.I.D That the officers told them To Do it

official misconduct. 3-04. And 3.05. 4#

officer R. Reeves 4499. C.C. unit

At 3:52 pm on may-2-2022 in C.C. unit officers Denied everybody "1hr" Day room Rec., time., one Hour., of Day room A Day., unless the officers want To Refuse An Denie: Day Room Rec., Showers., Phone., T.V. Neglect of Duty* officer misconduct Article. 3.04.. And 3.05. Racial profiling.,

officer 4328. C. is Brining in Drugs for John chapman in BD. 36# An mike G. Coleman". the officer Allowed his Boys John chapman & michell Coleman Assault me.#763827 Stephen Martinez And Jose his Cellie., was Robb'd And Assaulted., the officer needs To be fired he has A lot of pull with Classification., cpl Cain" will move inmates Around for the unit officers* so That inmates get Assaulted., by the officers Boys I would like To call officer Castillio #617 As A witness.. C.C. unit on may-2-2022. At 5:42 pm., An Cell #33 inmate Jose A Deleon # 879-146 witness., Cell 35# Johnny Zertuche 811838# And Stephan Martinez 763827#* I Affirm everything is True., The Texas Jail standard will Close this Jail if they seen or Believed how inmates are living. the Cells with no Running water., shit on the walls., inmates And mental ill inmates livin like Dog's., officer Reeves 4499 Takes inmates Trays., every time he has worked An the food Trays Come officer Reeves 4499 takes Cell #17 Trays., An Cell 19# Tray., on may 1st inmate Lopez 1138203 #19 Flood the unit., i seen officer Grab'd inmate Lopez 1138203 Dick with his hand An Told the inmate if you flood or piss & shit Again on the floor I'm Rippin

your Dick off of your Body,, he had him "lopez on the Rec yard nake an cuffed behind his Back for about 2 1/2 Hrs while i cleaned the Day room an inmates cells that was flooded, his water has been off since,, the officer Denied inmates showers, phone calls, Day room, an the rec", food trays,, T.P. Refuse's to call Rank when these same guys are Tellin him That they want to kill themselfs they are tired of livin like this,, they want to Die,, this officer threatings to to Beat em,, He is High on meth,, 99% of the Time. Ive Asked him whats your Deal an what are you on? he Told me "ICE" he said one line of this shit has me up for 3 Day Ready for war,, i told em your A Action Junkie huh? an he smiled at me an said fuck yeah I am" Im scared of This officer,, ive seen him assault an Threaten to kill inmates and abuse his authority under color of law,, he should Be arrested,, an investigated by C.I.D I.A. an public Integrity unit ****

* Respectfull submitted
John Perez
842827

Sheriff: Javier Salazar * et. al.

Dunn.

Classification Committee * officer 4642 york * Classification officer

Article. 3.04. officers, officials mis Conduct ① means an offense that is an intentional or knowing violation of a law Committeed by a public servant while acting in an official capacity as a public servant....

Recklessness or Criminal negligence * Article. 13.21. Regardin Delay. The offense of engaging in organized Criminal Activity with inmates known Confirmed Gangs members may be prosecuted in any County in which any act is Committed to effect an objective of the Combination or if the prosecution is Based on a Criminal offense Classified as a felony under the Texas Code of Criminal procedure.

①. Abuse of Authority * Excessive force * Cruel and unusual punishment * psychologically Abuse, Brutality * Retaliation * Aggravated offense: Deliberate INDifference * Denied Due process of state federal: Local Constitutional laws * As pretrial Detainees haves Rights, see. Bell vs wolfish, 441 U.S. 520 99 S.Ct 1861, 60 Class Action Law Suit. with multiple officers Involved as well as medical staff. Requesting medical Records, classification Records * Hallway Cameras, video footage an Body cam of the Dates Times, who, where, when, why, I have a on going investigation going here at Bexar County Jail.. An 48 officials, officers, CADets, medical staff. Chief Shoemaker" Lt. Ladson #1530 Capt Reyes, Capt Pena,

medical staff: name "ADE)
(Sgt. Antu # 1950? 1750?)
GARCIA 4415 Classification file (This guy)
Cpl K. SERRANO 4402 No good.

18 § 1513 Retaliating against a witness, victim, or informant *

Pices of shit cops that wants to be Gangsters an not Cops, violated the oath under the Color of law.
# Sert 2044 and 2022 punk ass kid Dirty Cop

18 # 935,
section 5. Notice of Defendants intention to Disclose Classification information * if a Defendant reasonable expects to Disclose or to cause the Disclosure of Classified information in any manner in Connection with any Trial or pretrial proceeding involving the Criminal prosecution of such Defendant, the Defendant shall, within the time is specified, prior to Trial

Article 2.03. Neglect of Duty of Classification 2-10-2022
Here at Bexar County Jail.

I John Perez #842827 have requested a copy of my classification file for court,, i have trial on 2-18-2022,, its Disclosure of Discovery under The freedom of information act. I'm Requesting a copy of my file,, its my right under state Federal : local law Constitutional rights,, i have not waived my rights to no hearing. "A fair hearing" Any information Relating to my profile,, classification *** Requestin a copy of the policy,, a copy of my custody Report,, Documents Records that relates to my classification of full investigation Reports,, letters that i have sent to classification Alleging Abuse,, Neglect,, exploitation By the officers here at Bexar County Jail. The Times i've been Assaulted, an Threatened to Be stabbed,, the guys names of the inmates that i was not Allowed Around, on the Date of 2-5-2022 2-6-2022 - an 2-10-2022 the officers opend my cell Door Because 4 other inmates told them to in BC unit,, they Threatened me to stab me if i Didn't send money to their Accounts,, i asked the Co's why would you open my Door? an the officer said the inmates want you in the Day room with them,, cell 2# 30# 31# 32

Due process Requires notice of charges:
Requestin copy of classification file,, violations" write ups,: Reports,, Sanction" policy" Rules" Regulations" Any an All Decision,, waivers, for segragated or placement in a special housing unit?..

* As A Pre-Trial Detainees *
Involuntary segregation" & voluntary segregation"
Access to protective Custody.
voluntary protective custody.
In voluntary protective Custody *

Dealing with Violence And Abuse from inmates & officers *
Verbal Harassment *

Exhaustion of Administrative Remedies *
* Classification full Discovery * and *
* material * The Right to Due process *
Information motion seeking permission to start Discovery. Equal protection of my rights & law *

Procedure Due process Rights **
Regarding punishment in Administrative
= Segregation =
Classification Hearing.
prisoner is entitled to a fair hearing.
Disciplinary hearing.

Bibbs vs Mc Donnell 418 u.s. 539 (5th cir 2019)
These are very important suppreme Court case's Govern Due process rights for prisoners..

Wolff vs Mc Donnell
wolff vs. Early vs Bibbs 514 f 3d 267

(1)

#842827#

1-9-2021, 5:05 am" | Victim" John Perez

multiple officers involved as well as medical staff.

Requesting medical Records,

Deliberate Indifference!

Requesting Hallway footage CAMERAS on the 2nd floor footage in front of the sgt office on the 2nd floor an CAMERA footage in the unit AB, fasing the c/os post pickit, i was placed in Cell 17. Z. Martinez JR #4622

I was released from C.C. #23 by cpl Rodriguez Dorado #2699 on 1-9-2021 At 5:00 AM

As soon as i walk into AB unit i Reported the Aggravated Assualt to officer Bios # Badge #4588 on 1-9-2021 about 5:20 AM i showed officer Bios the marks on my Body & Neck from the Assualt that 2 sert Team officers and Cpl i Martinez #4453 Did, and asked officer Bios to call for Back up an higher level of RANK, A Lt or Cpt, he Refused To, And i Asked for medical Treatment an he Refused the medical, Treatment!

he the c/o Bios Told me No And To go lock Down Because the sert team was coming, and when they walked in the unit they talked to officer Bios #4588 And came to cell 17 where i was And Told me if i report the AGGRAVAted Assualt that i would end up Dead in A Cell And my familys housed

2

would Be Burnt Down At 4:AM in the morning, that i Better Not File A Grievance or Report the Assualt, my life & wife & kids lives were Threatened Class A Fenlony".

in unit AB#17 later that morning with officer Bios #4588 and the medical Staff while she was passing out meds to the unit I tried Requesting medical Treatment To be checked out, told her i was havin a hard time Breathing an that it felt like 3 of my Ribs were Broken i couldnt lay Down or get up or cough or yell for help and that i needed to be looked at by A Doctor or A Real Nurse or Physician's Assistant that took her JoB for Real, i was surprised that she Refused me medical Treatment,

She Told me your not A Doctor how Do you Know your Ribs are Broken or Cracked, She Didnt give A Damn that i was Assualted by 3 officers,, or Did she wanna help me or Report it As i Did Ask her To,, she laughed At me,,, my Civil Rights and my Eighth Amendment Rights have been Violated,, my Constitutional Rights have Been Violated,, I'm Dealing with A Clear Case of Retaliation, These officers have

put A Hit out on me with the inmates that they've Known from the High school or old friends i Know that they have went from unit 2 unit talkin Bad About me putin my life in harms way, Callin me A Rat for pressing Charges on 3 officers for Assualtin me on 1-9-2021,

And Now Comes the Retaliation on 2-26-2021 unit BC 42 i was placed in to A Confirmed Orejon Gang member unit Just placed over there by the officers that wanted me Stabbed, or Killed, or Assualted, by the Confirmed Orejons, told them that I was mexican mafia, which I'm not or Am i A Orejon, they Know That I'm from Laredo Texas, Born & Raised,

Cpl Torres #2935 came an removed me from the Orejon Confirmed unit BC 42 some time After that i was placed in BJ #2 the the seat team officer 86562 went up there an Told Rocco Lozano, that i was A Rat & A Kidnapper, And thats why i was Beatings on 1-9-2021 Now comes the 3 Assualt from cpl martinez #4453 in BJ #2 unit, At Around 12:44 AM on 3-10-2021 the Day before i had Court he came in to my And Slapped me with open hand slaps About 3 to 7 Times an Told me to get up & fight Back

(9)

and that he wanted me to give him a reason to kill me,, he had c/o officer Martinez #4664.7 [illegible]
i was left in my cell scared for my life Requesting camera footage from 12:00 AM To 1:00 AM the morning of 3-10-2021,, After All was said & Done inmate Loco,, Lozano mexican mafia got mad at me that i let a C/o Assualte me an Didn't Do nothing and i let him Disrespect the Canten of his an that he ran the Rock as the Rock Boss,, he told me that i had to stab a C/o officer and one of them or i was gonna be marked as a piece of shit No good,, so i told em i would hit his ass in the mouth Befor i hit a C/o or Assualt a officer,, or even think about stabbing a officer/s so i told the C/o that i had Cov 19 so i could get out of there befor the guy loco stabbed me with the knive he showed me,, Classification Garcia told me he was gonna place me Back up there after i told him every thing an that my life was bein threatened an his officers lifes were too,, he Didnt seem to care,, hes a Dirty Cop,, Garcia) 1728#

officer C. Liles #2745

may-8-2022 sunday
morning 2:22. Am
C.C. unit #20

officer Assaulted me John Perez 842827 on march 29th 2022, in C-D. unit tried To Break my Arm in the Tray slot, cpl Holland witnessed it An wrote A Report, placed me on f.s.p watch,, now To night officer is workin in the unit C.C. unit An Refused To feed me An threats To have me Assaulted for Reportin him To his Rankin officers on march-29-2022 in C-D unit,, medical seen me An made A Report, on file,, Requestin full Discovery of Bexar County medical Recordes,,

I'm fear for my life if i write A Grievence,, I have been Threatened if i write it up i'll be Dead befor the ink Dries on the paper..

I Affirmation
John Perez 842827
C.C. unit #20,

Code of Criminal Procedures Article. 13.21.

* Regardin Delay *

Art. 13.21.

The offense of engaging in organized criminal activity may be prosecuted in any county in which any act is committed to effect an objective of the combination or, if the prosecution is based on a criminal offense classified as a felony under the tax code in any county in which venue is proper under the tax code for the offense. . . 8.30.2021. 3:20 AM. Rosales, an 4 other Garica 213, Defendants! Cpl Martinez 4453 . L. Martinez JR 4622

Article. 42.0197. Finding Regarding Gang-Related Conduct. by section. 71.01. penal code, Classification officer Garica # 1728 . . . . . Code of Criminal Procedure . . . . .

Article: 42.0198. Rendon # 1102, Lt. Ladson 8-30-2021 3:20 AM.

Finding Regarding Delay in Arrest of Defendant. In the trial of an offense under section 19.02, 22.011. or. 22.021. penal code, on the motion of the attorney representing the state the judge shall make an affirmative finding of fact regarding the number of months that elapsed if any, between the date an arrest warrant was issued for the defendant following an indictment for the offense and the date the defendant was arrested for the offense, the judge shall enter affirmative findings in the judgment in the case

***** Martinez # 4664 * * Name Covered up Refused to I.D. them selfs # 2885 Chump. * 2824 * [illegible] * Chief Shoemacker, Sgt Cardena 2750 Sgt [illegible] D. 1340 Lt. Ladson 1530 Sgt Antu 1950 2? 1750 in

Criminal Code & Rules Procedures &
1983 pro-se packet..

Requesting Articles,, 56.065. medical examination reports articles 56.07 notification: Art. 56.08. notification: see. Art. 26.13.(e) Art. 56.09. victims Right To privacy: Art. 56.15. Computerized Database: Defendant Release Information: the Best one" Art. 56.311. Legislative findings and Intent *** Art. 56.32. Definitions **** Art. 56.33 Administration Rules.** Article 56.34 Compensation *** Art. 56.35 Types of Assistance ** 56.36 Application *** Art. 56.37 Time for filing 3 years !!! 56.38. Review: Art. 56.38: Review of health care services * Art. 56.39 Examination mental, Art 56.40 Hearings ** Art. 56.41. Approval of Claim *** Art. 56.42 limits on Compensation $50,000 plus $75,000 plus $2,000 plus $1,800 Art. 56.46. Reporting of Crime **? Art. 56.50. Emergency Award. 56.51 $$$$ $56.54. fund Art. 56.63 Civil penalty... Art. 56.64 Administrative penalty look up Art. 61.11 Gang Resource system, Art. 61.10. section§508.115. Notification of Release of inmates. 508.117. Victim notification: 508.118. Halfway houses:

(3)

To the Above-Named-Defendants;
you are hereby summoned and Required To serve upon plaintiff, whose address is
Sgt. D. VElasquez # 1340 # Sgt Delgado sgt "ZAMORA" 18: floor sgts, Sanchez # flood #
Hagar mcRoberts # hopes #
Sgt [illegible] 1340 cpl Estep" BAlES cpl
De Hoyos" loRAdo #2099
Sgt. owens sgt. CANdENA #2750
Sgt Valdez classification Sgt Antu 1750? 1950?
cpt Padilla Lt. LADSon # 1530"?

2864
DUNN Classification
2-19-2022
AM 10:55 BD # 20

Title 18 section 245. Federally protected activities *
Title 18. section 242. Deprivation of rights under color of law *
Article. 2.13. Duties and powers *
Article. 3.05. Racial Profiling *
Article. 3.04 official misconduct *

Rules of the supreme Court.....

*Rules of Civil procedure * Rule 23. Class Actions *

Disclosure Requirements.

Production of Documents Civil. R. 26 An 34 B*

Requestin A Deposition An Discovery **

meeting at parties; planning for Discovery. Signing of Discovery An Disclosure, Discovery Requests, Responses and objections. order for examination of file *

Failure To comply Request *

Failure To Disclose, false or misleading Discovery

*Refusal to Admit*

;Complaint for Negligence;

Disclosure § 305 Custody of And public Access To Reports* pg 967. Blue Book.

28 § 2672 Administrative adjustment of Claims *

I have To file this A.S.A.P.

* 28 § 2507. Calls And Discovery * pg # 911 *

28 § 2501 Time for filing suit * pg 909 #

4314 Robbins

(2)

cpl maxwell #2163/ cpl De Hoyo / cpl. lorado #2991/ cpl. martinez # 4453 / L. martinez # JR #4622/ C. martinez #4666 Sgt Delgado-1760/ sgt. velasquez #1340 #1890 / cpl-Bio's #4588 C/o Reyna #4633/ sert officer Herrera, sert C/o Green #1784 cpl Bales, J. Trevino #1425/ Rendon #1102/ wilkinson #4487/ Lt. Ladson / G. fuentes #4449 Halloran #4565 cpl Estep" sgt J. Zamora #1870 Gonzales # 1116/ Gonzales #1918/ C/o Reeves 4499 C/o Rangel #2968, cpl Chisholm # 4243,

"Name of Defendants official capacities"

this is a civil action authorized by 42 u.s.c. section 1983 to Redress the Deprivation under color of state law, of rights secured by the Constitution of the united states. The Court has Jurisdiction under 28 u.s.c. section 1331 and 1343 (A)(3) plaintiff seeks Declaratory Relief pursuant to 28 u.s.c section 2201 and 2202. plaintiff claim for injunction Relief are authorized by 28 u.s.c. section 2283 & 2284 and Rule 65 of the federal Rules of Civil procedure.

united states District Court for the western District of Texas, Bexar County, Texas. 655 east Durango Blvd Room G65 san Antonio, Texas 78206.

plaintiff. John Perez #842827

Complaint form & summons: