

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOHN PEREZ,                           §
# 842827,                             §
                                      §
                                      §
            Plaintiff,                §
                                      §      SA-22-CV-00559-JKP
v.                                    §
                                      §
SGT. D. VELASQUEZ; SGT. F/N/U         §
DELGADO; SGT. F/N/U ZAMORA;           §
FLOOR SGT. F/N/U SANCHEZ; ET          §
AL.,                                  §
                                      §
            Defendants.               §

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff John Perez's ("Plaintiff" or "Perez"), 42 U.S.C. § 1983 Civil Rights Complaint for failure to prosecute, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Perez's Section 1983 claims against Defendants, Sergeant ("Sgt.") D. Velasquez, Sgt. F/N/U Delgado, Sgt. F/N/U Zamora, Floor Sgt. F/N/U Sanchez, Floor Sgt. F/N/U Flood, Floor Sgt. F/N/U McRoberts, Floor Sgt. F/N/U Hopes, Corporal ("Cpl.") F/N/U Estep, Cpl. F/N/U Bales, Cpl. F/N/U De Hoyos, Officer F/N/U Lorado, Sgt. F/N/U Candena, Sgt. F/N/U Anter, Lieutenant ("Lt.") F/N/U Ladson, Classification Sgt. F/N/U Owens, Classification Sgt. F/N/U Valdez, Classification Captain ("Cpt.") F/N/U Padilla, Classification F/N/U Dunn, Cpl. F/N/U Maxwell, Cpl. F/N/U Martinez, Officer L. Martinez, Officer C. Martinez, Cpl. F/N/U Rios, Cpl. F/N/U Reyna, SERT Officer F/N/U Herrera, SERT CO F/N/U Green, Officer J. Trevino, F/N/U Rendon, Officer F/N/U Wilkinson, Officer G. Fuentes, Officer F/N/U Halloran, Officer F/N/U Gonzales (Badge # 1116), Officer F/N/U

Gonzales (Badge # 1918), CO F/N/U Reeves, CO F/N/U Rangel, Cpl. F/N/U Chisholm, SERT

Officer F/N/U Roles, SERT Officer F/N/U Herrar, SERT Officer Badge #618, Officer F/N/U

Vasquez, Court Officer F/N/U Aldana, Officer F/N/U Vasquez, Officer F/N/U Plata, Sgt. F/N/U

Wigel, Chief F/N/U Janssen, Cpt. F/N/U Reyes, Officer B. Reyna, Classification Cpl. F/N/U

Cain, Sheriff Javier Salazar, Classification F/N/U Garcia, Cpl. K. Serrano, Officer C. Liles,

Classification Officer F/N/U Garcia and CO F/N/U Rosales, are **DISMISSED WITHOUT**

**PREJUDICE** for failure to prosecute. *See* FED. R. CIV. P. 41(b).

      **IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby

**CLOSED**.

      SIGNED this 29th day of August, 2022.


_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE